107 So.2d 640

Marine GERICA, Earl V. Hingle and Theodore Buras,

v.

Loys J. NORTH, John Vela and Bosko M. Franicevich.

No. 44315.

Dec. 15, 1958.

Rehearing Denied Jan. 12, 1959.

James David McNeill, New Orleans, for relators.

Sidney W. Provensal, Jr., New Orleans, for plaintiffs.

McCALEB, Justice.

This is a remedial writ involving the identical question presented in Warren v. De Armas, 236 La. 272, 107 So.2d 638.

For the reasons given in that matter, the order heretofore issued, that the respondent judge proceed forthwith to try this cause and render judgment therein on the merits, is made peremptory at the costs of plaintiffs.